IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00794-WYD-BNB

RODNEY RAY ZIMMERMAN,

Plaintiff,

v.

SUSAN JONES,
MIKE BORGONDO,
MR. WRIGHT,
CATHIE HOLST,
MR. MARTZ,
MRS. MCCORMICK,
CHARLEEN CROCKETT,
JOHN DOE PROPERTY SGT. OF 3-16-10, and
MR. PADILLA,

Defendants.
_____

**ORDER**
_____

This matter arises on a letter filed by the plaintiff [Doc. #68, filed 01/20/2011] (the

"Letter"). The plaintiff seeks advice because he filed a motion for extension of time to respond

to the defendants' motion to dismiss, but he has not received a ruling on the motion.[1]  I

previously struck a letter filed by the plaintiff [Doc. #48], stating:

> A request to the court cannot be made by letter; it must be made by
> motion. Fed. R. Civ. P. 7(b)(1).  Motions (and all other papers
> filed in this court) must contain the caption of this case. Once the
> defendants have appeared, copies of motions and other papers filed
> in this Court must be served on counsel for all other parties (or
> directly on any party acting *pro se*) in compliance with Fed. R.

---

[1] The record does not contain a motion for extension of time to respond to the defendants'
motion to dismiss.

> Civ. P. 5. Rule 5 provides that all pleadings filed after the original complaint and all written motions, notices, demands, or any similar paper must be served on every party. Fed. R. Civ. P. 5(a). "If a party is represented by an attorney, service under this rule must be made on the attorney . . . ." Fed. R. Civ. P. 5(b).
>
> Service upon other parties may be by mail. Id. Proof that service has been made is provided by a certificate of service. Id. at 5(d). This certificate should be filed along with the original papers and should show the day and manner of service. Id.

I ordered the plaintiff to submit any future requests to the court in the form of a motion. Despite my order, the plaintiff has filed his request in the form of a letter. In addition, although the defendants have appeared, the plaintiff does not certify that he served the Letter on counsel for the defendants.

IT IS ORDERED:

(1) The Letter is STRICKEN,

(2) All future requests to the court must be submitted in the form of a motion and must be served on the defendants pursuant to Rule 5; and

(3) Failure to comply with this order may result in sanctions including dismissal of the Complaint.

Dated January 31, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge