IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00794-WYD-BNB

RODNEY RAY ZIMMERMAN,

Plaintiff,

v.

SUSAN JONES,
MIKE BORGONDO,
MR. WRIGHT,
CATHIE HOLST,
MR. MARTZ,
MRS. MCCORMICK,
CHARLEEN CROCKETT,
JOHN DOE PROPERTY SGT. OF 3-16-10, and
MR. PADILLA,

Defendants.

_____

**ORDER**
_____

This matter arises on the following:

(1) **Motion of Withdrawl** [Doc. # 75, filed 3/1/2011] (the "Rule 41(a) Motion"); and

(2) **Motion** [Doc. # 71, filed 2/15/2011] (the "Untitled Motion").

I held a hearing on the motions this afternoon. In connection with the Rule 41(a) Motion, the plaintiff refused to state whether he intended to seek the voluntary dismissal of the action. I find that the plaintiff is engaged in gamesmanship in connection with the Rule 41(a) Motion. In the absence of an unequivocal statement of the plaintiff's desire to dismiss the action, however, I will not do so.

IT IS ORDERED:

(1)     The Rule 41(a) Motion is DENIED.

(2)     The relief sought by means of the Untitled Motion is GRANTED IN PART and DENIED IN PART as follows:

• GRANTED to require the Clerk of the Court to mail to the plaintiff a copy of the Court's docket sheet. Thereafter, on or before **April 15, 2011**, the plaintiff may designate those portions of the case file which he believes he needs to prosecute the case and file a motion requesting that the Court provide him with copies of the requested materials;

• GRANTED to require the Clerk of the Court to mail to the plaintiff two copies of the Court's approved § 1983 complaint form; and

• DENIED in all other respects.

Dated March 21, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge