IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00794-WYD-BNB

RODNEY RAY ZIMMERMAN,

Plaintiff,

v.

SUSAN JONES,
MIKE BORGONDO,
MR. WRIGHT,
CATHIE HOLST,
MR. MARTZ,
MRS. MCCORMICK,
CHARLEEN CROCKETT,
JOHN DOE PROPERTY SGT. OF 3-16-10, and
MR. PADILLA,

Defendants.

_____

**ORDER**
_____

This matter arises on the following motions filed by the plaintiff on April 19, 2011 (the

"Motions"):

1. **Motion for Photo Copy of Complaint** [Doc. #92];

2. **Motion to Amend Complaint** [Doc. #93]; and

3. **Request for Court Order to Provide Account Statement** [Doc. #95].

The Motions are DENIED.

On October 7, 2010, I struck [Doc. #48] a letter filed by the plaintiff, stating:

> A request to the court cannot be made by letter; it must be made by
> motion. Fed. R. Civ. P. 7(b)(1). Motions (and all other papers
> filed in this court) must contain the caption of this case. Once the
> defendants have appeared, copies of motions and other papers filed

> in this Court must be served on counsel for all other parties (or directly on any party acting *pro se*) in compliance with Fed. R. Civ. P. 5. Rule 5 provides that all pleadings filed after the original complaint and all written motions, notices, demands, or any similar paper must be served on every party. Fed. R. Civ. P. 5(a). "If a party is represented by an attorney, service under this rule must be made on the attorney . . . ." Fed. R. Civ. P. 5(b).
>
> Service upon other parties may be by mail. Id. Proof that service has been made is provided by a certificate of service. Id. at 5(d). This certificate should be filed along with the original papers and should show the day and manner of service. Id.

On January 31, 2011, I struck [Doc. #69] a letter filed by the plaintiff because it was not in the form of a motion, and although the defendants had appeared, the plaintiff did not certify that he served it on counsel for the defendants. I ordered that "[a]ll future requests to the court must be submitted in the form of a motion and must be served on the defendants pursuant to Rule 5," and I cautioned the plaintiff that failure to comply with my order could result in sanctions including dismissal of the Complaint.

Despite my previous orders and my warning, the plaintiff has not certified that he served the Motions on counsel for the defendants. Accordingly,

IT IS ORDERED:

(1)  The Motions are DENIED;

(2)  All future requests to the court must be served on the defendants pursuant to Rule 5; and

(3)  Failure to comply with this order and my previous orders will result in my recommendation that the Complaint be dismissed with prejudice.

Dated April 25, 2011.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge