IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00794-WYD-BNB

RODNEY RAY ZIMMERMAN,

Plaintiff,

v.

SUSAN JONES,
MIKE BORGONDO,
MR. WRIGHT,
CATHIE HOLST,
MR. MARTZ,
MRS. MCCORMICK,
CHARLEEN CROCKETT,
JOHN DOE PROPERTY SGT. OF 3-16-10, and
MR. PADILLA,

Defendants.
_____

**ORDER**
_____

This matter arises on a paper filed by the plaintiff titled **Document Request** [Doc. #102, filed 05/25/2011] (the "Request"). The plaintiff is an inmate proceeding *pro se*. He states that his legal papers were confiscated in a facility search, and he requests copies of certain documents filed in this case.

On March 21, 2011, I held a motions hearing. I granted the plaintiff leave to designate those portions of the case file which he believes he needs to prosecute the case. I instructed the plaintiff to file a motion on or before April 15, 2011, requesting that the court provide to him copies of the requested materials [Doc. #88].

My order notwithstanding, the plaintiff filed his Request on May 25, 2011. He requests

that the court send him copies of documents nos. 1, 2, 4, 6, 10, 20, 22, 30, 36, 38, 55, 81, and 86. He does not explain why he needs these particular documents, and it is unclear why most of the documents are necessary to prosecute the case. For instance, he requests a copy of his motion to proceed *in forma pauperis* and the order granting the motion; an amended complaint that has been superceded by a subsequent amended complaint; a motion to appoint counsel; and a supplemental motion to appoint counsel, which were both denied. Nor does he explain why he is submitting his request more than one month after the April 15, 2011, deadline.[1] Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated June 6, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

---

[1] On April 19, 2011, the plaintiff submitted a motion for copies of all documents filed in this case [Doc. #92]. I denied the motion because the plaintiff had failed to certify that he served the motion on the defendants despite the fact that I had previously ordered that "[a]ll future requests to the court must be submitted in the form of a motion and must be served on the defendants pursuant to Rule 5," and had cautioned the plaintiff that failure to comply with my order could result in sanctions including dismissal of the Complaint [Doc. #97].