IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00794-WYD-BNB

RODNEY RAY ZIMMERMAN,

Plaintiff,

v.

SUSAN JONES,
MIKE BORGONDO,
MR. WRIGHT,
CATHIE HOLST,
MR. MARTZ,
MRS. MCCORMICK,
CHARLEEN CROCKETT,
JOHN DOE PROPERTY SGT. OF 3-16-10, and
MR. PADILLA,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **State Defendants' Motion for Leave to Take the Deposition of a Person Confined in Prison** [docket no. 113, filed June 29, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The deposition of the plaintiff may be taken on July 26, 2011, or another date prior to August 1, 2011 at the Colorado State Penitentiary, to be coordinated with the prison officials.

DATED: June 30, 2011