IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00794-WYD-BNB

RODNEY RAY ZIMMERMAN,

Plaintiff,

v.

SUSAN JONES,
MIKE BORGONDO,
MR. WRIGHT,
CATHIE HOLST,
MR. MARTZ,
MRS. MCCORMICK,
CHARLEEN CROCKETT,
JOHN DOE PROPERTY SGT. OF 3-16-10, and
MR. PADILLA,

Defendants.

_____

**ORDER**
_____

This matter arises on the defendants' **Motion to Strike Plaintiff's Discovery Request** [Doc. #124, filed 08/03/2011] (the "Motion"). The Motion is DENIED.

The plaintiff is currently incarcerated by the Colorado Department of Corrections ("DOC"). The defendants state that on July 26, 2011, the plaintiff mailed to Tom Kolle, a DOC employee, "an extensive request for production." Neither Mr. Kolle nor the DOC are defendants in this case.

The defendants assert that the request for production is untimely because the discovery cut-off date was August 1, 2011, and all written discovery was to be served such that responses are due by the discovery cut-off date. The defendants are correct on both points.

The defendants further assert that the request for production was mailed to Mr. Kolle and was, therefore, not served in accordance with the Federal Rules of Civil Procedure. The defendants seek an order striking the plaintiff's request for production.

The defendants admit that Mr. Kolle is not a party to this case, and counsel for defendants does not assert that she represents Mr. Kolle. Counsel does not have standing to bring a motion to strike a discovery request made to a non-party that she does not represent. Moreover, rather than striking an inappropriate discovery request, a protective order would be the proper relief.

IT IS ORDERED that the Motion [Doc. # 124] is DENIED.

Dated August 5, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge