IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00794-WYD-BNB

RODNEY RAY ZIMMERMAN,

Plaintiff,

v.

SUSAN JONES,
MIKE BORGONDO,
MR. WRIGHT,
CATHIE HOLST,
MR. MARTZ,
MRS. MCCORMICK,
CHARLEEN CROCKETT,
JOHN DOE PROPERTY SGT. OF 3-16-10, and
MR. PADILLA,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **State Defendants' Second Motion for Leave to Take the Deposition of a Person Confined in Prison** [docket no. 141, filed September 1, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the defendants are granted leave to schedule and conduct a deposition of plaintiff Rodney Ray Zimmerman on September 19, 2011, or another date prior to October 1, 2011 that is compatible with the calendar of the Colorado State Penitentiary where plaintiff resides.

DATED: September 6, 2011