IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00794-WYD-BNB

RODNEY RAY ZIMMERMAN,

Plaintiff,

v.

SUSAN JONES,
MIKE BORGONDO,
MR. WRIGHT,
CATHIE HOLST,
MR. MARTZ,
MRS. MCCORMICK,
CHARLEEN CROCKETT,
JOHN DOE PROPERTY SGT. OF 3-16-10, and
MR. PADILLA,

Defendants.
_____

**ORDER**
_____

This matter arises on a paper filed by the plaintiff titled **I Request Court Advisement** [Doc. #149, filed 09/07/2011] (the "Motion"). The Motion is DENIED.

The Motion states in its entirety:

> The institutional legal library has refused photo copies of court documents. Effectively tying plaintiff's hands in case 794 WYD. plaintiff requests court advise plaintiff how to procede [sic]?

As a preliminary matter, the court does not provide advice to litigants. In addition, the plaintiff does not identify the court documents he seeks to copy, nor does he explain how the library's refusal to copy the documents is "tying [his] hands" in this case.

I have previously denied a motion filed by the plaintiff because it failed to specify either

any grounds for relief or the precise nature of the relief sought [Doc. #119]. In doing so, I stated:

> The Federal Rules of Civil Procedure provide that a request for a court order must "state with particularity the grounds for seeking the order" and must "state the relief sought." Fed. R. Civ. P. 7(b)(1)(B) and (C).

Despite my previous order, the plaintiff has again filed a motion that fails to identify the relief he seeks or any grounds for relief. Accordingly,

IT IS ORDERED:

1. The Motion is DENIED;

2. All future motions shall specify the grounds for relief and the precise nature of the relief sought; and

3. Failure to comply with this order may result in sanctions, including dismissal of this case.

Dated September 12, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge