IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00794-WYD-BNB

RODNEY RAY ZIMMERMAN,

Plaintiff,

v.

MIKE BORGONDO,
MR. WRIGHT,
CATHIE HOLST,
MR. MARTZ,
JOHN DOE PROPERTY SGT. OF 3-16-10, and

Defendants.

## ORDER

This matter arises on the defendants' **Motion for Attorney Fees** [Doc. #139, filed 08/30/2011] (the "Motion"). The Motion is GRANTED.

The plaintiff is currently incarcerated by the Colorado Department of Corrections at the Colorado State Prison ("CSP") in Canon City, Colorado. On June 30, 2011, the defendants served a Notice of Deposition on the plaintiff. The deposition was to occur on July 26, 2011, at CSP. The plaintiff did not appear for his deposition.

On July 28, 2011, the defendants filed a motion [Doc. #120] seeking an order compelling the plaintiff to appear at his next duly scheduled deposition; an extension of the discovery deadline and the dispositive motion deadline; and an order requiring the plaintiff to pay defendants costs of $189.27 and attorney's fees of $3,250.00. I found that the plaintiff's conduct was willful and inexcusable and that the defendants are entitled to reasonable costs and

attorney's fees pursuant to Fed. R. Civ. P. 37(d). I granted the defendants' request for costs in the amount of $189.27. The defendants' request for attorney's fees was not supported by an affidavit as required by D.C.COLO.LCivR 54.3. I denied the request without prejudice subject to compliance with D.C.COLO.LCivR 54.3.

Counsel for the defendants has submitted an affidavit supporting her request for attorney's fees. *Motion*, Ex. A. The requested fees are reasonable. Accordingly,

IT IS ORDERED:

(1) The Motion [Doc. # 139] is GRANTED; and

(2) An award of attorney's fees in the amount of $3,250.00 is entered in favor of the defendants and against the plaintiff.

Dated September 19, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge