IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-00794-WYD-BNB

RODNEY RAY ZIMMERMAN,

    Plaintiff,

v.

SUSAN JONES,
MIKE BORGONDO,
MR. WRIGHT,
CATHIE HOLST,
MR. MARTZ,
MRS. MCCORMICK,
CHARLEEN CROCKETT,
JOHN DOE PROPERTY SGT. OF 3-16-10, and
MR. PADILLA,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On June 21, 2011, Plaintiff filed a "Request for Non-Prejudice Dismissal" [ECF No. 109]. In light of my Order Affirming and Adopting Recommendation of United States Magistrate Judge [ECF No. 154], filed September 14, 2011, Plaintiff's motion [ECF No. 109] is **DENIED AS MOOT.**

    Dated: September 20, 2011