IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00794-WYD-BNB

RODNEY RAY ZIMMERMAN,

Plaintiff,

v.

MIKE BORGONDO,
MR. WRIGHT,
CATHIE HOLST,
MR. MARTZ, and
JOHN DOE PROPERTY SGT. OF 3-16-10,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Motion to Vacate Scheduling Conference** [docket no. 171, filed October 24, 2011] (the "Motion").

IT IS ORDERED that the Motion is DENIED AS MOOT. The only hearing that was scheduling on November 1, 2011, was a Pretrial Conference and that matter was vacated on August 31, 2011 [140].

DATED: October 24, 2011