IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00794-WYD-BNB

RODNEY RAY ZIMMERMAN,

Plaintiff,

v.

MIKE BORGONDO,
MR. WRIGHT,
CATHIE HOLST,
MR. MARTZ,
JOHN DOE PROPERTY SGT. OF 3-16-10, and

Defendants.
_____

**ORDER**
_____

This matter arises on the following papers (the "Papers") filed by the plaintiff on October 24, 2011, wherein the plaintiff objects to the denial of his improper attempts to obtain copies of the record in this case:

1. **Request for Record** [Doc. #173]; and

2. **Request for Record** [Doc. #174].

The Papers are STRICKEN.

As a preliminary matter, the Papers appear to be identical. I have previously ordered the plaintiff to cease filing redundant papers [Doc. #48].

The plaintiff requests "a complete copy of the record" in this case.[1]  He states that my

---

[1] I have quoted the plaintiff's Papers as written, without correction or acknowledgment of error.

denial of the record "has made it impossible for me to file a accurate appeall"[2] and "has made it impossible for me to set out a complaint against your illegal bias & open hostility concerning this case." The plaintiff further states that "with a full copy of the record I can show not just a disregard for the tenents of the court but open dis reguard for the letter of the law." He requests that the court "issue a nopretaliation order in this case, the one you so flippently dis reguarded on 3-21-11? as punishment for my indiscretions?" He further states, "I realize it's easy to discriminate against a convicted prisoner"; he accuses the court of replying unfairly; and he refers to the court as "a court of law which cares not."

Litigants must behave in a manner "that displays a basic understanding of and respect for the courts and the rule of law in this nation." <u>Kyler v. Everson</u>, 442 F.3d 1251, 1254 (10th Cir. 2006). The Papers contain inflammatory language directed at me and at the judicial system. I will not tolerate the plaintiff's contumacious language and conduct.

IT IS ORDERED that the Papers are STRICKEN.

IT IS FURTHER ORDERED that any similar filing in the future may result in dismissal of this case without further notice.

Dated October 27, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

---

[2]There is no appealable issue in this case.